NELLIE BROWN, an Infant, by ESTHER BROWN, Her Guardian ad Litem, Respondent, *v.* COOPER PAPER BOX COMPANY, Appellant.

*Brown* v. *Cooper Paper Box Co.*, 126 App. Div. 923, affirmed.
(Argued December 15, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 21, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Adolph Rebadow* for appellant.

*H. B. Butterfield* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.